HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PUGET SOUNDKEEPER ALLIANCE,    )
                               )        No. 3:07-CV-05424-RJB
    Plaintiff,                 )
                               )        CONSENT DECREE
        v.                     )
                               )
ASC PROFILES INC.,             )
                               )
    Defendant.                 )
_____)

        WHEREAS, Plaintiff Puget Soundkeeper Alliance filed a Complaint against Defendant

ASC Profiles Inc. on August 15, 2007 and a First Amended Complaint on September 11, 2007,

alleging violations of the Clean Water Act, 33 U.S.C. § 1251 et seq., relating to discharges of

stormwater from Defendant's facility located in Tacoma, Washington, seeking declaratory and

injunctive relief, civil penalties and attorneys fees and costs;

        WHEREAS, Defendant denies Plaintiff's claims and any liability for the alleged violations;

and

        WHEREAS, counsel for the parties to this action have engaged in discussions relating to

CONSENT DECREE - 1
No. 3:07-CV-05424-RJB

the potential settlement of this litigation, which discussions have included an assessment of the facts surrounding the alleged violations; and

WHEREAS, Defendant has undertaken, and is implementing, measures to further ensure compliance with the Clean Water Act at its facility and to address issues raised in the notice of intent to sue served by Plaintiff; and

WHEREAS, Plaintiff and Defendant agree that settlement of these matters is in the best interest of the parties and the public, and that entry of this Consent Decree without additional litigation is the most appropriate means of resolving these actions; and

WHEREAS, Plaintiff and Defendant, by their authorized counsel and without trial or final adjudication of the issues of fact or law, with respect to Plaintiff's claims or allegations, consent to the entry of this Consent Decree in order to avoid the risks of litigation and to resolve the controversy between them.

NOW THEREFORE, without trial of any issue of fact or law, and without admission by the Defendant of the facts or violations alleged in the Complaint, the First Amended Complaint, and the Notice of Intent to Sue Letter dated June 14, 2007 ("Notice Letter"), and upon consent of the parties, and upon consideration of the mutual promises herein contained, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.     This Court has jurisdiction over the parties and subject matter of this action;

2.     The undersigned representative for each party certifies that he or she is fully authorized by the party or parties whom he or she represents to enter into the terms and conditions of this Consent Decree and to legally bind the party or parties and their successors in interest to it.

CONSENT DECREE - 2
No. 3:07-CV-05424-RJB

3.      This Consent Decree shall apply to, and be binding upon, the parties, and upon the successors and assigns of the parties.

4.      This Consent Decree shall apply to Defendant's operation of its facility located at or about 2141 Milwaukee Way, Tacoma, Washington 98421 (the "Facility").

5.      This Consent Decree constitutes a full and complete settlement of the claims alleged in the Complaint, the First Amended Complaint, and the Notice Letter in this case and all other claims known and unknown existing as of the date of entry of this Consent Decree that could be asserted under the Clean Water Act, 33 U.S.C. §§ 1251-1387, arising from operations of the Facility (the "Claims").

6.      This Consent Decree shall not constitute evidence in any proceeding, an admission or adjudication with respect to any allegation of the Complaint, the First Amended Complaint, and the Notice Letter, any fact or conclusion of law with respect to any matter alleged in or arising out of the Complaint, the First Amended Complaint, and the Notice Letter, or the admissions or evidence of any wrongdoing or misconduct on the part of the Defendant or its successor.

7.      In full and complete satisfaction of the Claims, Defendant agrees to abide by and be subject to the following terms and conditions:

a.      Defendant shall comply with all conditions of the National Pollutant Discharge Elimination System Permit No. SO3-001645, which was in effect on the date the Complaint was filed (the "Current NPDES Permit") or any successor, modified, or replacement permit (the "Successor NPDES Permit");

b.      Within thirty (30) days of the entry of this Consent Decree, and as provided for in Condition S4.C of the Current NPDES Permit, Defendant shall submit a Level One

CONSENT DECREE - 3
No. 3:07-CV-05424-RJB

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

Response summary to the Department of Ecology identifying any past benchmark exceedences for turbidity not previously addressed in a Level One Response, and describing Defendant's inspection results and the remedial actions that Defendant has taken to date to address the parameter;

       c.     Within thirty (30) days of the entry of this Consent Decree, and as provided for in Condition S4.C of the Current NPDES Permit, Defendant shall submit a Level One Response summary to the Department of Ecology identifying any past benchmark exceedences for pH not previously addressed in a Level One Response, and describing Defendant's inspection results and the remedial actions that Defendant has taken to date to address the parameter;

       d.     As soon as practicable but not later than the June 30, 2008, Defendant shall have implemented at the Facility a "lean manufacturing" system designed to minimize the amount of time finished products are stored in areas at the facility exposed to stormwater;

       e.     Within sixty (60) days of the entry of this Consent Decree, Defendant shall prepare and provide to Plaintiff a draft Level Three Source Control Report ("Report") for zinc, as defined in Condition S4.C of the Current NPDES Permit. The Report shall include a schedule for the implementation of the additional best management practices recommended therein, including treatment best management practices, that shall require all such practices be implemented in a reasonably expeditious manner not to exceed one hundred and eighty (180) days from issuance of the final Report. Plaintiff's stormwater expert may, within thirty (30) days of receipt of the draft Report, provide Defendant with comments and recommendations to the draft Report. Defendant shall, collaboratively and in good faith, revise the draft Report taking into consideration the recommendations provided by Plaintiff's stormwater expert, but in no event shall Defendant be

CONSENT DECREE - 4
No. 3:07-CV-05424-RJB

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

obligated to adopt such recommendations.  Defendant shall provide a copy of the final Report to

Plaintiff within thirty (30) days of receiving comments from Plaintiff's stormwater expert, and

shall implement the best management practices, including treatment best management practices,

recommended therein according to the schedule in the Report;

       f.      Within thirty (30) days of receiving an invoice therefor, Defendant shall pay

the reasonable consultation fees, not to exceed $2,500, of Plaintiff's stormwater expert for time

spent reviewing and providing comments on the Report  described in paragraph 7.e of this

Consent Decree; and

       g.      Defendant shall, for a period of two years beginning on the date that this

Consent Decree is entered by the Court, forward copies to Plaintiff of all written or electronic

submissions Defendant makes to or receives from the Washington Department of Ecology

("Ecology") concerning Defendant's compliance with the Current or Successor NPDES Permits

and the Clean Water Act, including but not limited to Discharge Monitoring Reports, Level One,

Two, or Three Response Reports or similar reports.  During this same period Defendant shall

additionally forward copies to Plaintiff of all visual monitoring inspection reports and/or checklists

completed at the facility pursuant to the Current or Successor NPDES Permits.  Defendant shall

provide these materials to Plaintiff on a quarterly basis and not later than the forty-fifth (45th) day

following the end of each calendar quarter.

       8.      Not later than thirty (30) days after the date of entry of this Consent Decree,

Defendant shall make two payments totaling $32,500 (THIRTY-TWO THOUSAND, FIVE

HUNDRED DOLLARS) for the projects described in Attachments A and B to this Consent

Decree.  Both payments shall be made by check and shall bear the notation "Puget Soundkeeper

CONSENT DECREE - 5
No. 3:07-CV-05424-RJB

Alliance v. ASC Profiles, Inc. Clean Water Act Settlement," with a copy provided to Plaintiff. The two payments shall be made as follows:

a.      Payment of $15,000 (FIFTEEN THOUSAND DOLLARS) to Citizens for a Healthy Bay for the two projects described in Attachment A to this Consent Decree.  Of this payment, $8,615 (EIGHT THOUSAND, SIX HUNDRED, FIFTEEN DOLLARS) will be used by Citizens for a Healthy Bay for the Debris Removal from Commencement Bay and Adjacent Shorelines project described in Attachment A.  The remaining $6,385 (SIX THOUSAND, THREE HUNDRED, EIGHTY-FIVE DOLLARS) of the payment will be used by Citizens for a Healthy Bay for the Planting of Restoration Sites on Commencement Bay project described in Attachment A.  The payment of $15,000 shall be payable and mailed to Citizens for a Healthy Bay, 917 Pacific Avenue, Suite 100, Tacoma, Washington 98402, attn: Jeanine Riss;

b.      Payment of $17,500 (SEVENTEEN THOUSAND, FIVE HUNDRED DOLLARS) to Environmental Education Association of Washington for the Sustainable Design Project described in Attachment B to this Consent Decree.  Such payment shall be payable and mailed to Environmental Education Association of Washington, P.O. Box 6277, Olympia, Washington 98507, attn: Abby Ruskey.

9.      Within thirty (30) days of the entry of this Consent Decree, Defendant shall pay Plaintiff's reasonable attorney fees and costs in the amount of $9,383 (NINE THOUSAND THREE HUNDRED EIGHTY THREE DOLLARS).  Payment shall be made by check payable and mailed to Smith & Lowney, PLLC, 2317 East John St., Seattle, WA 98112, attn: Richard A. Smith, in full and complete satisfaction of any claims Plaintiff may have under the Clean Water Act for fees and costs.

CONSENT DECREE - 6
No. 3:07-CV-05424-RJB

10.     The Court shall retain jurisdiction over this matter and allow this case to be reopened without filing fee for the purpose of enabling the parties to apply to the Court for any further order that may be necessary to construe, carry out, maintain compliance and/or resolve any dispute regarding the terms or conditions of this Consent Decree until termination of the Consent Decree per paragraph 12.  In the event of a dispute regarding implementation of, or compliance with, this Consent Decree, the parties shall first attempt to informally resolve the dispute through meetings between the parties by serving written notice of request for resolution to the parties and their counsel of record.  If no resolution is reached within thirty (30) days from the date that the notice of dispute is served, the parties may resolve the dispute by filing motions with the court.

11.     The parties recognize that no consent judgment can be entered in a Clean Water Act suit in which the United States is not a party prior to forty-five (45) days following the receipt of a copy of the proposed consent judgment by the U.S. Attorney General and the Administrator of the U.S. EPA pursuant to 33 U.S.C. § 1365(c)(3).  Therefore, upon the signing of this Consent Decree by the parties, Plaintiff shall serve copies of it upon the Administration of the U.S. EPA and the Attorney General.

12.     This Consent Decree shall take effect on the date it is entered by the Court.  This Consent Decree shall terminate two (2) years after the Court's entry of the Consent Decree or sixty days following fulfillment of Defendant's obligations under paragraphs 7(b), 7(c), 7(f), 7(g), 8 and 9.

13.     This Consent Decree may be modified only upon the written consent of the parties and the approval of the Court.

CONSENT DECREE - 7
No. 3:07-CV-05424-RJB

14.     If for any reason the Court should decline to approve this Consent Decree in the form presented, this Consent Decree and the settlement embodied herein shall be voidable at the sole discretion of either party.  The parties agree to continue negotiations in good faith in an attempt to cure any objection raised by the Court to entry of this Consent Decree.

15.     Notifications or copies required by this Consent Decree to be made to Plaintiff shall be mailed to Puget Soundkeeper Alliance, 5309 Shilshole Ave., #215, Seattle, WA 98107. Notifications required by this Consent Decree to be made to Defendant shall be mailed to ASC Profiles Inc., 2141 Milwaukee Way, Tacoma, Washington 98421.

DATED this 11th day of July, 2008.


ROBERT J. BRYAN
United States District Judge

CONSENT DECREE - 8
No. 3:07-CV-05424-RJB

1   PUGET SOUNDKEEPER ALLIANCE

2   Signature: _____

3

4   Title: _____

5   Dated: _____May 12, 2008_____

6   ASC PROFILES, INC.

7   Signature: _____ Don PRATT JR

8

9   Title: VICE PRESIDENT OPERATIONS + BUSINESS IMPROVEMENT

10  Dated: MAY 6, 2008 _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29  CONSENT DECREE - 9
    No. 3:07-CV-05424-RJB

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883



ATTACHMENT A

CITIZENS FOR A HEALTHY BAY

917 Pacific Avenue
Suite 100
Tacoma, WA 98402
Phone (253) 383-2429
Fax (253) 383-2446
chb@healthybay.org
www.healthybay.org

*Executive Director*
Nancy Dilworth

*Board of Directors*
Cheryl Greengrove
Bruce Kilen
Dave McEntee
Peter Porietis
William Pugh
Lee Roussel
Robert Stivers
Sheri Tonn
Allen Zulauf

A tax-exempt
Nonprofit organization with
501(c)(3) status

Printed on non-secondary
bleached recycled paper

April 10, 2008

Ms. Katie Kolarich
Program Coordinator
Puget Soundkeeper Alliance
5309 Shilshole Ave. NW, Suite 215
Seattle, WA 98107

Dear Ms. Kolarich,

Citizens for a Healthy Bay has reviewed the draft consent decree in the matter of Puget Soundkeeper Alliance v. ASC Profiles Inc. and will review the final consent decree once entered by the Court. Citizens for a Healthy Bay has agreed to accept $15,000 from ASC Profiles Inc. as part of the settlement in the above-referenced matter, and will use such funds for its Debris Removal from Commencement Bay and Adjacent Shorelines and Planting of Restoration Sites on Commencement Bay projects. Citizens for a Healthy Bay will not use any money it receives under the consent decree for political lobbying activities. Citizens for a Healthy Bay will submit a letter to the Court, Department of Justice, and the parties, describing how the funds have been spent.

Respectfully Yours,

Nancy E. Dilworth
Executive Director

**Project Title: Debris Removal from Commencement Bay and Adjacent Shorelines**
Applicant Organization: Citizens for a Healthy Bay (CHB)
Mission Statement: Citizens for a Healthy Bay engages citizens to clean-up, restore, and protect Commencement Bay and its surrounding waters and habitats.
Contact/Title: Jeanine Riss / Restoration Program Manager
Mailing address: 917 Pacific Avenue Suite 100 Tacoma, WA 98402
Phone number: (253) 383-2429
Email address: jriss@healthybay.org
Website address: www.healthybay.org
Organization Budget for 2008: $385,000.00
Amount requested: $8,615
501 (c) (3) Status: Reissued April 15, 1998

**Project Summary:**
Citizens for a Healthy Bay (CHB) is a community-based organization dedicated to creating a long-term environmental stewardship ethic in the South Puget Sound Region. Explicit in our mission is the recognition that cleanup efforts are the first necessary step in any long-term restoration and protection program. One of the ongoing issues plaguing Commencement Bay waters is the presence of marine debris both in the water and on adjacent shorelines. Citizens for a Healthy bay is working systemically, as well as reactively, to address this problem. Proactive efforts through CHB's Bay Patrol Program, monitor industry and private activity to ensure that regulations are enforced for activities on the water including on loading and off loading of vessels and vessel maintenance. Compliance with best management practices on the waterways will reduce the amount of debris that enters Commencement Bay.

Unfortunately not all sources of debris are ongoing and easy to identify. Much like chemical non-point pollution, debris from the Puyallup River Watershed is carried down the storm drain and river systems into Commencement Bay. Once this debris enters the bay it creates safety and navigation hazards on the water, as well as it disrupts the progress of restoration efforts on the shorelines. To address this issue, Citizens for a Healthy Bay removes debris by water and land when resources are available. CHB debris removal efforts currently focus on the waterways in Commencement Bay including the Blair, Thea Foss, Middle and Hylebos. To effectively address the removal of debris in Commencement Bay, Citizens for a Healthy Bay schedules several debris removal events per year as well as weekly Bay Patrol debris collection, all requiring additional funding.

**Project plan:**
The goals of CHB's project are to dedicate two staff members for debris removal on a bi-monthly basis, plus special scheduled removal events throughout the year. This would allow CHB to respond to the debris reported through the Pollution Hotline, as well as remove the debris collected during CHB led restoration events. Monies will support CHB's activities for one year to collect and properly dispose of debris: 5 scheduled events and 24 Bay Patrol trips.

**Project Budget:**
The total project budget is $11,319. Citizens for a Healthy Bay has already secured some funding for debris removal activities.

**Project Title: Planting of Restoration Sites on Commencement Bay**
Applicant Organization: Citizens for a Healthy Bay (CHB)
Mission Statement: Citizens for a Healthy Bay engages citizens to clean-up, restore, and protect Commencement Bay and its surrounding waters and habitats.
Contact/Title: Jeanine Riss / Restoration Program Manager
Mailing address: 917 Pacific Avenue Suite 100 Tacoma, WA 98402
Phone number: (253) 383-2429
Email address: jriss@healthybay.org
Website address: www.healthybay.org
Organization Budget for 2008: $385,000
Amount requested: $6,385.00
501 (c) (3) Status: Reissued April 15, 1998. See attached.

**Project Summary:**
Citizens for a Healthy Bay (CHB) is a community-based organization dedicated to creating a long-term environmental stewardship ethic in the South Puget Sound Region by engaging citizens in the cleanup, protection and restoration of Commencement Bay and it surrounding waters and habitats. Explicit in our mission is stewardship based restoration of shoreline habitat in and around Commencement Bay. Through the Adopt-A-Wildlife-Area program (AAWA), stewards trained by CHB conduct monthly monitoring of one of five restoration sites (Mowitch, Middle Waterway, Skookum Wulge, Squally Beach and Yowkwala). Four of these sites are located along the Hylebos Waterway; the fifth is on Middle Waterway. The data collected by the AAWA stewards is used by CHB to create an adaptive management plan for the five sites. This plan is approved by the Natural Resource Damage Assessment Trustees (NRDA) and provides a framework for all restoration activities conducted on the five sites.

As a component of the management plan for 2008-2009, four planting events are scheduled to be completed on three different restoration sites. These plantings are designed to address the specific needs of the sites as identified by AAWA citizen stewards and CHB restoration staff. The instillation of native plants on restoration sites facilitates the return of natural ecosystem functions to the site, including filtering water and providing habitat for native fauna. Currently CHB has minimal funding to purchase plants to install on designated work days. Funding has been secured to contract with EarthCorps for a six-person work crew on each of the planting dates. With the EarthCorps crew and volunteers it is possible to install 500 or more plants in one day. To make the planting events as effective as possible, more funding is necessary to purchase plants.

**Project Plan:**
Citizens for a Healthy Bay will enter into a contract with EarthCorps to provide a crew for planting on all four of the planting days. CHB will also recruit volunteers from the communities surrounding Commencement Bay. Plantings will be conducted as outlined below.

1. Mowitch Estuary Planting: The primary focus is planting the salt marsh benches to increase marsh vegetation. Mowitch Estuary is located on the northeast bank of Hylebos Creek as it enters the Hylebos Waterway. Planted species may include

Triglochin maritimum, Plantago maritime Scirpus americanus, *Distichilis spicata, Deschampsia cespitosa* and *Carex lyngbyei*. April 2008.

2. Yowkwala Planting: The primary focus will be to plant the area between the retaining wall and entrance trail as well as the south riparian zone.  Before planting, brush left by the nearby Marina and any invasive plants such blackberry will be chipped and used as mulch.  Planted species may include Rosa nutkana, Pinus contorta, Pseudotsuga menziesii, Vaccinium ovatum and others as determined.  September 2008.

3. Middle Waterway Planting: The primary focus is planting the upper and lower marsh areas on the site to reduce erosion and increase marsh vegetation. The Middle Waterway site is located on the northeast bank at the head of Middle Waterway in Commencement Bay. Planted species may include *Distichilis spicata, Deschampsia cespitosa, Jaumea carnosa, Salicornia virginica (if available) and others as determined.* October 2008.

4. Yowkwala Planting: The primary focus is re-vegetation of the recently burned hillside to stabilize the soil and reduce erosion.  We will also re-plant the north riparian zone/lower cliff face where recent invasive removal has created a gap in ground cover.  Yowkwala is located north of Tyee and Crows Nest Marinas on the Hylebos Waterway. Planted species may include *Pseudotsuga menziesii, Picea stichensis, Pinus contorta, Arbutus menziesii* (if available), *Holodiscus discolor* and *Rosa nutkana.* November 2008.

**Project Budget:**
The project budget is $11,800. Citizens for a Healthy Bay has secured $5,415 for planting activities. Citizens for a Healthy Bay requests $6,385 to expand planting efforts. Because of the support already provided by the NRDA Trustees, the majority of funds (85%) would be used to purchase plants for the four plantings.

Plants installed on CHB restoration sites are purchased from nurseries that guarantee local genetic stock with clean soil.  If funding is not allocated 40 days prior to planting date CHB cannot guarantee plants will be available and project priorities may be adjusted as necessary.



ATTACHMENT B

Environmental Education Association of Washington

P.O. Box 6277, Olympia, WA 98507-6277

509 12th Ave. SE, Ste 13, Olympia, WA 98501

www.eeaw.org

Katie Kolarich
Program Coordinator
Puget Soundkeeper Alliance
5309 Shilshole Ave. NW, Suite 215
Seattle, WA 98107

360-943-6643
Fax: 360-943-6638

Dear Ms. Kolarich:

Please find below the proposal by the Environmental Education Association of Washington, the Office of the Superintendent of Public Instruction (OSPI) and Puget Sound Energy (PSE) (EEAW) for the Sustainable Design Project. Thank you very much for your support of this initiative for which EEAW is the fiscal agent.

## EEAW Information

**Mission Statement:**
EEAW promotes excellence in environmental education through a broad and effective network of practitioners and stakeholders, and serves educators for the purpose of achieving environmental literacy, a healthier environment, better quality of life and a more sustainable economy and ecology.

EEAW's Sustainable Design Project provides an additional, extensive network of community partners and educators to activate learning and action on behalf of watersheds and Puget Sound.

| | |
|---|---|
| Contact/Title: | Abby Ruskey |
| | Executive Director |
| Mailing address: | P.O. Box 6277 |
| | Olympia, WA 98507 |
| Phone number: | 360-943-6643 |
| Email address: | aruskey@eeaw.org |
| Website: | www.eeaw.org |
| | www.e3washington.org |
| Budget for 2008: | $395,000.00 |
| Amount requested: | $17,500.00 |
| 501 (c) (3) Status: | EIN #911537418 |

## Project Summary

The Sustainable Design Project (SDP) is a program of student-led projects that solve environmental problems in the Puget Sound region and across the state. Watershed education, skill development, and stormwater pollution prevention and remediation projects fit perfectly with the Sustainable Design systems approach. Through our work E3 Washington, an extensive network is now in place to activate learning and action on behalf of watersheds and waterways throughout Puget Sound. Our partner schools, educators, and topic experts (scientists, planners, nonformal educators and business partners) in every county in the region are poised to provide guidance and resources to students who themselves become local, water resource experts and agents of positive change. The results are inspired as students engage in activities such as direct restoration and remediation projects, provide recommendations to businesses and government entities for addressing problems such as stormwater pollution, or communicating their perceptions and ideas through various forms of media.

## Project Purpose, Rationale, and Need

*"Problems cannot be solved by the same level of thinking that created them."* Albert Einstein

As the Puget Sound region has become even more developed and industrialized, protection and restoration of our water resources continues to require constant attention. Sites that have been "cleaned up" need to be protected from further damage—a task requiring support from this generation and those to come. In 1981, Commencement Bay was listed as one of the first candidate Superfund sites in the Nation. More than a century of industrial development and environmental neglect resulted in severe contamination of the waterway, unraveling the region's diverse ecosystem and endangering the communities of people who lived, worked and played near the shore.

Teachers, students, classrooms and schools want to and should be part of the solution. Through SDP's innovative and far-reaching approach, students explore and address water quality and conservation challenges in their local communities. Sustainable Design Project will target schools in Tacoma such as Lowell Elementary, Jason Lee Middle School, and Stadium High School, schools in the Commencement Bay watershed. Project examples will include students designing solutions to development, disposal, and community practices that directly or indirectly affect the health of their Bay and the Puget Sound region as a whole. Sustainable Design Projects related to water protection and conservation are modeled after successful project-based learning such as the development of rain gardens to capture stormwater runoff, development of car washing and dog waste cleanup protocols, shoreline restoration, invasive species monitoring, and working as a team with local businesses to assess and design pollution prevention strategies. Students are a vast, eager, and virtually untapped resource to help society meet these and other challenges to ensure a sustainable future.

## Project Plan

### Goals and Objectives

The Sustainable Design Project is expected to:

- Connect students to their local watersheds, waterways, and Puget Sound communities and ensure that they are empowered to make a difference throughout their lives, gaining and giving were they live, work, learn and play;
- Create opportunities for students to design and engineer real-world solutions to Puget Sound water quality and conservation issues while achieving academic success through community-based and culminating projects;
- Help students to gain the firsthand knowledge, experience and skills necessary to ensure the future sustainability of water resource protection strategies through the study and implementation of green systems;
- Connect students with expertise outside the classroom including community organizations, higher education faculty, industry experts, and other to help develop effective, long-lasting solutions to water resource issues;

### Activities

- **Sustainable Design Curriculum Resources for K-12 Educators**: a project manual will be developed for teachers to implement the project which will include project guidelines, lesson plans, and resources.
- **Online Project Database**: This spatial database, built upon the E3 Washington EE Resource Center, will be used by teachers and students to find project opportunities in their community and by students to post their own projects and exchange with other students.
- **Financial & Professional Development Assistance**: An integrated approach providing financial, technical, and organizational support for projects will be offered to schools and teachers. Teachers who receive professional development and funding for SDP implementation will receive ongoing support from SDP staff at EEAW and OSPI as they link student learning and sustainable projects.
- **Pilot Project Evaluation**: The SDP will be thoroughly documented in order to facilitate effective program improvement, promotion and expansion. Evaluation components will include behavior changes in students, impacts on the natural environment, relationships between schools and community partners.
- **Showcase of Projects**: Projects will be shared through an online database, presented by students, teachers and community partners at conferences and to the WA state legislators, and displayed at OSPI.

### Expected Accomplishments

We ultimately aim to reach every student in the K-12 system with sustainable design concepts, strategies, and opportunities to make real change in their local communities. We believe that this project will launch a new, heightened level of high spirited, innovative and effective partnerships to clean up and steward our precious water resources, in Commencement Bay, Puget Sound and watersheds throughout Washington.

## Timetable

| 2007-2008 SY Project Planning | 2008-2009 SY Implement Pilot Project | 2009-2010 SY Statewide Implementation |
|---|---|---|
| • 1-day retreat to get initial feedback and commitment from partners | • 3-5 day teacher-partners summer institute | • Scale up to include all Education Service Districts, school districts, schools and classrooms. |
| • Identify and obtain funding | • Oct 08-Feb 09: Classes plan and develop their design projects | • Scale up access to community and state-wide public and private resources to support student green design projects. |
| • Form steering committee | • Feb 09: Designs presented in districts | |
| • Steering committee meetings | • March 09: Designs at OSPI and presented to legislature | |
| • Plan pilot project with 1-3 school districts | • June 09: complete evaluation | |

## Project Budget

Funding will be used to implement a pilot in the Commencement Bay watershed region of Puget Sound

| | | | |
|---|---|---|---|
| PD Providers (contract) | $ | 4,000 | 2-3 providers 5 days each plus prep |
| Stipend and reimbursement for teachers | $ | 8,000 | 20 teachers at 400 each |
| Materials, printing, phone, mail | $ | 500 | |
| Facility | $ | 5,000 | 20 teachers at 250 each for 3-5 days |
| TOTAL REQUEST | $ | 17,500 | |

## Consent Decree

The Environmental Education Association of Washington has reviewed the draft consent decree in the matter of Puget Soundkeeper Alliance v. ASC Profiles Inc. and will review the final consent decree once entered by the Court. Environmental Education Association of Washington has agreed to accept $17,500 from ASC Profiles Inc. as part of the settlement in the above-referenced matter, and will use such funds for its Sustainable Design project. Environmental Education Association of Washington will not use any money it receives under the consent decree for political lobbying activities. Environmental Education Association of Washington will submit a letter to the Court, Department of Justice, and the parties, describing how the funds have been spent.

Signatures:

Abby Ruskey   Executive Director

Cc:   Saul Weisberg, President, EEAW Board of Directors
Jonas Cox, Treasurer, EEAW Board of Directors
Gilda Wheeler, Office of Superintendent of Public Instruction